## GRAHAM v. STATE.
### No. 16468.

Court of Criminal Appeals of Texas.
Jan. 31, 1934.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, the punishment assessed at two years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are brought forward. In such condition, nothing is presented for review.

The judgment is affirmed.